**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JIANG NAN,

Petitioner,

v.

JAMES JANEC[K]A, et al,

Respondents.

Case No. 5:26-cv-04739-DTB

**J U D G M E N T**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ shall be issued ordering Respondents to immediately release Petitioner Jiang Nan (A# 241-686-768) from custody subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Respondents are ordered to return all property confiscated from Petitioner (if any) during his arrest and processing into detention.

Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining Petitioner without complying with all applicable statutes and regulations.

Respondents are ordered to file a status report within two (2) business days of the date of the Order Granting Petition for Writ of Habeas Corpus to confirm that Petitioner's release from custody is subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

DATED: September 24, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE